| Return | | |
|---|---|---|
| Case No.:<br>4:20-MJ-1022 | Date and time warrant executed:<br>02/19/2020 17:25 | Copy of warrant and inventory left with:<br>Edward Raff |

Inventory made in the presence of: Edward Raff

Inventory of the property taken and name of any person(s) seized:

The Person and Property of Edward Raff:

- iPhone 11  IMEI - 356557101027000

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/20/2020

_Executing officer's signature_

SA John Longmire
_Printed name and title_